**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CIVIL NO. 2:07CV23
(2:04CR38)**

| | | |
|---|---|---|
| **LONNIE MACK OGLESBEE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's two "Motions for Due Process" filed June 20 and 23, 2008, respectively.

Petitioner complains that certain prison employees are violating his due process rights by refusing to make copies of his response to the Government's motion for summary judgment and refusing to provide postage or "certified mail tickets" for mailing those documents to the Court. He also states that he is without funds to purchase manilla envelopes for mailing his documents to the Court.

While the Court is sympathetic to Petitioner's plight, the Court advises Petitioner that certified mail is not required; he may send his

pleadings *via* regular mail.  Also, he may wish to consider sending his court

pleadings to a family member to copy and forward to the Court.  Simply

put, the Court has no authority to direct the prison authorities to comply

with all of Petitioner's many requests.  On the other hand, however,

because of the problems Petitioner has encountered, the Court will afford

him a modest extension of time in which to file his response with the Court.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motions for due

process are **DENIED.**

**IT IS FURTHER ORDERED** that the Petitioner is granted an

extension of time for filing response to the Government's motion for

summary judgment, in accordance with the provisions of Fed. R. Civ. P.

56(e), to and including July 31, 2008.

Signed: June 24, 2008

Lacy H. Thornburg
United States District Judge