IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV23
(2:04CR38)

| | | |
|---|---|---|
| LONNIE MACK OGLESBEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | <u>O R D E R</u> |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's document captioned as a "Motion for Court to Inform [M]e of the Status of [M]y [C]ase," filed February 26, 2009.

The Court has Petitioner's case, including Respondent's motion for summary judgment, under consideration and will issue a ruling as soon as practicable.

**IT IS SO ORDERED.**

Signed: March 3, 2009

Lacy H. Thornburg
United States District Judge