# United States District Court
# For The Western District of North Carolina
# Asheville Division

LONNIE MACK OGLESBEE,

    Petitioner,          JUDGMENT IN A CIVIL CASE

vs.          2:07cv23

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/4/11 Order.

Signed: March 4, 2011

Frank G. Johns, Clerk
United States District Court